denied.  MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 33.  LOCAL UNION No. 25 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA ET AL. *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co., *ante,* p. 155;

No. 501.  HOLMAN *v.* MATTHEWS, COMMISSIONER OF BANKS OF WISCONSIN, *ante,* p. 927;

No. 502.  DANIELS ET AL. *v.* THOMAS, *ante,* p. 932;

No. 506.  GULF, MOBILE & OHIO RAILROAD Co. *v.* ILLINOIS CENTRAL RAILROAD Co., *ante,* p. 932;

No. 518.  KIEFER *v.* UNITED STATES, *ante,* p. 933;

No. 524.  TERRY *v.* SEEGMILLER, *ante,* p. 934;

No. 525.  BAUDHUIN *v.* WISCONSIN EX REL. MATTISON, *ante,* p. 944;

No. 540.  WEISS *v.* UNITED STATES, *ante,* p. 936;

No. 546.  MARIO MERCADO E HIJOS *v.* PASARELL ET AL., *ante,* p. 936;

No. 554.  BLOCH *v.* UNITED STATES, *ante,* p. 948;

No. 136, Misc.  BRINKLEY *v.* TEXAS, *ante,* p. 938;

No. 237, Misc.  MORGAN *v.* CITY OF NEW YORK, *ante,* p. 939;

No. 290, Misc.  SHOTKIN *v.* TRUSTEES OF THE INTERNAL IMPROVEMENT FUND OF FLORIDA ET AL., *ante,* p. 928;

No. 328, Misc.  WILLIAMS *v.* GEORGIA, *ante,* p. 950;

No. 341, Misc.  SPEARS *v.* TRANSCONTINENTAL BUS SYSTEM, INC., *ante,* p. 950;

No. 359, Misc.  GWYTHER *v.* TALBOTT, SECRETARY OF THE AIR FORCE, ET AL., *ante,* p. 951;

No. 367, Misc.  GRIMM *v.* WASHINGTON, *ante,* p. 946; and

No. 369, Misc.  WELCH *v.* CRIMINAL DISTRICT COURT OF REEVES COUNTY, TEXAS, *ante,* p. 930.  Petitions for rehearing denied.